AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 12-mj-70839 PSG |
| Tammy Lynn Suarez | ) | Charging District: Eastern District of Washington |
| _Defendant_ | ) | Charging District's Case No. CR12-88-WFN-4 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Eastern District of Washington. 920 W. Riverside Ave., Spokane, WA 99201 | Courtroom No.: Judge William Fremming Nielson |
|---|---|
| | Date and Time: 8/13/12 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 7-31-2012

_____
Judge's signature

Paul S. Grewal, U.S. Magistrate Judge
_Printed name and title_

**FILED**

JUL 31 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE